

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-18-00400-CV

Style:    Phillip Paul Bryant and James Scarborough v. Annise D. Parker and The City of Houston

Date motion filed[*]:    September 24, 2018

Type of motion:    Unopposed Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:    Appellant James Scarborough's counsel Andy Taylor

Document to be filed:    Appellant Scarborough's brief; Appellant Bryant's extension

Is appeal accelerated?    Yes (TEX. ELEC. CODE ANN. § 231.009).

If motion to extend time:

    Original due date:    August 8, 2018

    Number of extensions granted:    1    Current Due Date:  September 19, 2018

    Date Requested:    October 19, 2018

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  October 19, 2018.

        ☑  **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: Appellant Scarborough's extension request is **granted**, but counsel is warned that **no further extensions will be granted.** If appellant Bryant requests an extension, he must file a separate request because he is represented by separate counsel.

Judge's signature: /s/ Evelyn V. Keyes

        ☑ Acting individually    ☐ Acting for the Court

Date: October 2, 2018